Case 2:05-cr-00056-LS Document 753 Filed 09/30/10 Page 1 of 15
Case 2:05-cr-00056-MT Document 681 File 12/09/21 Page 2 of 2

Page 2



## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

10 5120

| United States District Court | District | Eastern District of Pennsylvania |
|---|---|---|
| Name (under which you were convicted): Teddy Young | | Docket or Case No.: 05-00056-01 |
| Place of Confinement: USP Lewisburg, P.O. Box 1000, Lewisburg, PA 17837 | | Prisoner No.: 59414-066 |
| UNITED STATES OF AMERICA v. | | Movant (include name under which you were convicted) Teddy Young |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court, Eastern District of Pennsylvania, Lawrence F. Stengel, J.

   (b) Criminal docket or case number (if you know): 05-00056-01

2. (a) Date of the judgment of conviction (if you know): 10/1/2007

   (b) Date of sentencing: 10/1/2007

3. Length of sentence: Life in prison, 10 years' supervised release, $5000.00 fine, $1700 special assess

4. Nature of crime (all counts):

   Conspiracy to distribute heroin and conspiracy to distribute heroin within 1000 feet of a school zone, use of a communications facility to further a drug trafficking offense; possession of a firearm in furtherance of a drug trafficking crime, possession with intent to distribute more than 100 grams of heroin

5. (a) What was your plea? (Check one)

   (1) Not guilty ☑    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐

AO 243
(Rev. 10/07)

Page 1

# Motion to Vacate, Set Aside, or Correct a Sentence
# By a Person in Federal Custody

(Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for EASTERN DISTRICT of PA.
   Address
   City, State Zip Code

9. **CAUTION:** You must include in this motion **all** the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

10 5190

| United States District Court | District | Eastern District of Pennsylvania |
|---|---|---|
| Name (under which you were convicted): Teddy Young | | Docket or Case No.: 05-00056-01 |
| Place of Confinement: USP Lewisburg, P.O. Box 1000, Lewisburg, PA 17837 | | Prisoner No.: 59414-066 |
| UNITED STATES OF AMERICA v. | | Movant (include name under which you were convicted) Teddy Young |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court, Eastern District of Pennsylvania, Lawrence F. Stengel, J.

   (b) Criminal docket or case number (if you know): 05-00056-01

2. (a) Date of the judgment of conviction (if you know): 10/1/2007

   (b) Date of sentencing: 10/1/2007

3. Length of sentence: Life in prison, 10 years' supervised release, $5000.00 fine, $1700 special assess☒

4. Nature of crime (all counts):

   Conspiracy to distribute heroin and conspiracy to distribute heroin within 1000 feet of a school zone, use of a communications facility to further a drug trafficking offense; possession of a firearm in furtherance of a drug trafficking crime, possession with intent to distribute more than 100 grams of heroin

5. (a) What was your plea? (Check one)

   (1) Not guilty ☑   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☑   Judge only ☐

Case 2:05-cr-00056-LS Document 753 Filed 09/30/10 Page 4 of 15
Case 2:05-cr-00056-LS Document 750 Filed 09/28/10 Page 3 of 51

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑
8. Did you appeal from the judgment of conviction?   Yes ☑   No ☐
9. If you did appeal, answer the following:

    (a) Name of court: Third Circuit Court of Appeals

    (b) Docket or case number (if you know): 07-4642

    (c) Result: Affirmed

    (d) Date of result (if you know): 7/27/2009

    (e) Citation to the case (if you know): United States v. Lee et al. 2009 U.S. App. Lexis 16425

    (f) Grounds raised:

    Whether the trial court erred when it summarii denied a motion to suppress evidence derivved from electronic surveillance of Young's cell phone on the grounds that Agent Parks affidavit failed to state specific facts showing that electronic surveillance was necessary. Whether the trial court erred in admitting the tape recorded conversation of Marlon Gockings when Gockings did not testify at trial, the government refused to provide Jancks Act material and the information related to activities outside the indictment period. Whether the trial judge erred when he failed to limit the testimony of Agent Parks to areas within his expertise and otherwise did not fulfill his gatekeeping function. Whether the trial judge erred in allowing a DEA forensic chemist to testify about composite mixtures.

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑

        If "Yes," answer the following:

        (1) Docket or case number (if you know):

        (2) Result:

        (3) Date of result (if you know):

        (4) Citation to the case (if you know):

        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: CTA3

        (2) Docket or case number (if you know): 07-4642

        (3) Date of filing (if you know):

Page 4

(4) Nature of the proceeding:   Petition for rehearing
(5) Grounds raised:

    Same as on appeal

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑
(7) Result:  Denied
(8) Date of result (if you know):  8/21/2009

(b) If you filed any second motion, petition, or application, give the same information:
   (1) Name of court:
   (2) Docket or case number (if you know):
   (3) Date of filing (if you know):
   (4) Nature of the proceeding:
   (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐
(7) Result:
(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
   (1) First petition:      Yes ☐   No ☐
   (2) Second petition:   Yes ☐   No ☐

Case 2:05-cr-00056-LS Document 753 Filed 09/30/10 Page 6 of 15
Case 2:05-cr-00056-LS Document 750 Filed 09/28/10 Page 6 of 15

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The conviction was obtained and sentence imposed in violation of the Sixth Amendment right to counsel free from governmental interference and the right to assistance of counsel.

The facts and legal principles are set forth in the memorandum of law, a copy of which is attached hereto and incorporated by reference herewith.

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☑
   (2) If you did not raise this issue in your direct appeal, explain why:
       Ineffective assistance of counsel claims must be raised in a 2255 motion. Massaro v. United States, 538 U.S. 500, 123 S.Ct. 1690, 155 L.Ed.2d 714 (2003)

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☑
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:
   Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The conviction was obtained and sentence imposed in violation of the Fifth Amendment right to a fair trial.

The facts and legal principles are set forth in the memorandum of law, a copy of which is attached hereto and incorporated by reference herewith

Case 2:05-cr-00056-LS  Document 753  Filed 09/30/10  Page 8 of 15
Case 2:05-cr-00056-LS  Document 750  Filed 09/28/10  Page 7 of 51

Page 7

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☐  No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

    The facts are outside the record, and have to be developed at an evidentiary hearing

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ☐  No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Case 2:05-cr-00056-LS Document 753 Filed 09/30/10 Page 9 of 15
Case 2:05-cr-00056-LS Document 750 Filed 09/28/10 Page 8 of 51

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Direct Appeal of Ground Three:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ❏ No ❏
    (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ❏ No ❏
    (2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):
Date of the court's decision:

Case 2:05-cr-00056-LS   Document 753   Filed 09/30/10   Page 10 of 15
Case 2:05-cr-00056-LS   Document 750   Filed 09/28/10   Page 9 of 51

Page 9

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Page 10

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐ No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐ No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

Page 11

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

None of the grounds presented herein have been presented before.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea:

(c) At trial:
Arnold C. Joseph, Esquire

(d) At sentencing:
Arnold C. Joseph, Esquire

Case 2:05-cr-00056-LS Document 753 Filed 09/30/10 Page 13 of 15
Case 2:05-cr-00056-LS Document 750 Filed 09/28/10 Page 12 of 51

Page 12

(e) On appeal:

Cheryl J. Sturm, Esquire

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

Page 13

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

Vacate the judgment of conviction

or any other relief to which movant may be entitled.

_____
Cheryl J. Sturm, Esquire
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on  9-16-10  (date).

_____
Teddy Young
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.