IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-56-01 |
| v. | : | CIVIL NO. 10-6836 |
| TEDDY YOUNG | : | |

## O R D E R

**AND NOW**, this 24th day of October, 2013, upon consideration of Defendant Teddy Young's motion pursuant to 28 U.S.C. § 2255 (Doc. # 750) and all responses and replies thereto, it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.